## MINYARD v. STATE.
### No. 18174.

Court of Criminal Appeals of Texas.
April 8, 1936.

Willis, Studer & Studer, of Pampa, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

The conviction of appellant was for driving an automobile upon a highway at a time when she was intoxicated; punishment assessed being a fine of $100.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

MORROW, P. J., absent.